AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Anthony Maurice Washington<br><br>*Defendant* | )<br>)  Case No.  3:24-cr-29-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anthony Maurice WASHINGTON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Money Laundering Conspiracy
Illegal Use of Communication Facility
Attempted Distribution of a Controlled Substance (500 grams or more of methamphetamine – mixture)
Aiding and Abetting

Date:   02/22/2024

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:   Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  02/22/2024  , and the person was arrested on *(date)*  03/18/2024
at *(city and state)*   Las Vegas, NV

Date:  05/23/2024

*Arresting officer's signature*

Thomas P. Trum
*Printed name and title*   Postal Inspector