### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

United States of America,   )
           )
   Plaintiff,    )   Case No. 3:24-cr-29
           )
   vs.      )   **ORDER**
           )
Anthony Maurice Washington,  )
           )
   Defendant.   )

### ORDER FOR APPOINTMENT OF COUNSEL

When he initially appeared in the District of Nevada, Anthony Maurice Washington was allowed to represent himself, with standby counsel appointed. This court held a May 23, 2024 arraignment and an ex parte hearing to address the right to counsel. In light of statements Washington made during the May 23 hearings, his refusal to respond to questions regarding the implications of self- representation, and questions regarding knowing and voluntary waiver of his right to representation, the court finds appointment of counsel is warranted under 18 U.S.C. § 3006A.

Accordingly, the Federal Public Defender for the District of North Dakota is appointed to represent the Defendant in this matter.  The Defender's office is directed to file a Notice of Appearance designating the Assistant Federal Public Defender who will appear as counsel of record in the case.

Dated this 24th day of May, 2024.

         */s/ Alice R. Senechal*
         Alice R. Senechal
         United States Magistrate Judge