IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00029 |
| Plaintiff, | |
| v. | **UNITED STATES' RESPONSE TO DEFENDANT'S PRO SE MOTION FOR TRANSCRIPTS (Doc. 83)** |
| Anthony Maurice Washington, | |
| Defendant. | |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, hereby files this response to Defendant's Pro Se Motion/Request for Transcripts. (Doc. 83.)

On May 24, 2024, the Court ordered the appointment of counsel for Defendant, specifically appointment of the Federal Public Defender's office. (Doc. 69.)  On May 29, 2024, counsel for Defendant, Rhiannon Gorham, filed her Notice of Appearance. (Doc. 72.)  Of further consideration and importance, on May 29, 2024, the Court filed a Sealed Order for a psychiatric or psychological evaluation of Defendant. (Doc. 74.)

A district court has no obligation to entertain pro se motions filed by a represented party. See United States v. Agofsky, 20 F.3d 866, 872 (8th Cir.) (holding that a court commits "no error" in refusing to rule on pro se motions raised by a represented party), cert. denied, 513 U.S. 909, 115 S.Ct. 280, 130 L.Ed.2d 196 (1994). In addition, the district court undertook the proper step of forwarding the motion to the defendant's attorney through the Court's digital filing system, thereby giving him notice

of the potential basis for relief if he was not already aware of it.  Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001).

Furthermore, this Court has previously taken the stance to not considering pro se pleadings when a party is represented by counsel.  See, United States v. Williams, No. 4:12-CR-175-16, 2014 WL 12666735, at 2 (D.N.D. Aug. 19, 2014).  Based upon the foregoing, the Defendant's Motion/Request should be denied.

    Dated: June 4, 2024

                        MAC SCHNEIDER
                        United States Attorney

                By:     /s/ Dawn M. Deitz
                        DAWN M. DEITZ
                        Assistant United States Attorney
                        Quentin N. Burdick United States Courthouse
                        655 First Avenue North - Suite 250
                        Fargo, ND  58102-4932
                        (701) 297-7400
                        ND Bar Board ID No. 06534
                        Dawn.Deitz@usdoj.gov
                        Attorney for United States