## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | Case No. 3:24-cr-29 |
| vs. | ) | **ORDER** |
| Anthony Maurice Washington, | ) | |
| Defendant. | ) | |

Anthony Maurice Washington, acting pro se, filed a motion requesting (1) the docket sheet for this case and (2) transcripts of his arraignment, detention hearing, and evidentiary hearing. (Doc. 83).

Washington is currently represented by counsel through the Federal Public Defender's Office. Since Washington is represented by counsel, the court will not consider the motion he filed pro se. See Abdullah v. United States, 240 F.3d 683, 685-86 (8th Cir. 2001).

**IT IS SO ORDERED**.

Dated this 5th day of June, 2024.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge